# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2014.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D13-2361
Lower Tribunal No. 07-19086

————————

## Patricia Sbroggio,
Appellant,

vs.

## Graziano Sbroggio,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, John C. Schlesinger, Judge.

Robert J. Merlin, for appellant.

Perez-Abreu & Martin-Lavielle and Ana-Maria Mejer and Javier Perez-Abreu, for appellee.

Before SUAREZ, ROTHENBERG, and LAGOA, JJ.

PER CURIAM.

We affirm the trial court on the granting of Appellee's Petition for Modification of Parenting Plan/Timesharing.  We reverse the trial court's retention

of jurisdiction to consider Appellant's claim for attorney's fees because it was not properly pled below.

Affirmed in part, reversed in part.